IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFRY IAN COOK,

    Petitioner,                      No. CIV S-08-2025- FCD GGH P

    vs.

D.K. SISTO, et al.,

    Respondents.               ORDER

_____/

        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner challenges the 2007 decision by the California Board of Parole Hearings (BPH) finding him unsuitable for parole. On March 26, 2009, the undersigned issued an order to show cause why this action should not be administratively stayed pending the Ninth Circuit's decision in <u>Hayward v. Marshall</u>, 512 F.3d 536 (9th Cir. 2008), *reh'g en banc granted,* \_\_ F.3d \_\_, No. 06-55392 (9th Cir. filed May 16, 2008). Both parties agreed that a stay was appropriate.

        In March 2009, this court presumed that a decision in <u>Hayward</u> would be shortly forthcoming. However, nearly five months have passed since that time and <u>Hayward</u> is still pending. It is not now clear when a decision in <u>Hayward</u> will be issued. Under these circumstances, staying this action could result in a lengthy delay in the disposition of petitioner's

1

1  claims.  In addition, judicial economy is not promoted by a stay.  For these reasons, the order to
2  show cause to stay the petition is vacated
3          Accordingly, IT IS HEREBY ORDERED that the March 26, 2009, order to show
4  cause is vacated and the petition is deemed submitted as of January 20, 2009.
5  DATED: August 13, 2009

      /s/ Gregory G. Hollows

      GREGORY G. HOLLOWS
      UNITED STATES MAGISTRATE JUDGE

GGH:AB
cook2025.vac