# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEFFRY IAN COOK**, <br><br> Petitioner, <br><br> v. <br><br> **D.K. SISTO, Warden**, <br><br> Respondent. | No. 2:08-cv-02025-AK <br><br> **ORDER** |

Cook's application to proceed in forma pauperis (docket entry 23) is granted.

January 5, 2011

_____
**ALEX KOZINSKI**
Chief Circuit Judge
Sitting by designation