UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEFFRY IAN COOK**, <br><br> Petitioner, <br><br> v. <br><br> **D.K. SISTO, Warden**, <br><br> Respondent. | No. 2:08-cv-02025-AK <br><br> **ORDER** |

The Supreme Court has now superseded the Ninth Circuit cases supporting Cook's habeas petition. See Swarthout v. Cooke, No. 10-333, 2011 WL 197627 (U.S. Jan. 24, 2011) (per curiam). It explained that the federal courts may not review whether a California court correctly applied the state's "some evidence" standard. Id. at *3. Our review is therefore limited to determining whether the parole candidate was "allowed an opportunity to be heard" and "provided a statement of the reasons why parole was denied." Id. at *2. Cook received both. Because Cook hasn't raised any other claims, his petition is **DENIED**.

In light of Swarthout, no reasonable jurist would find my ruling debatable or wrong. Cook therefore isn't entitled to a certificate of appealability. See 28 U.S.C. § 2253(c); Slack v. McDaniel, 529 U.S. 473, 484 (2000). Cook's motion

page 2

for an evidentiary hearing (docket entry 28) and motion for appointment of counsel (docket entry 29) are also **DENIED**. The briefing order of January 5, 2011 (docket entry 27) is vacated.

January 26, 2011

_____
**ALEX KOZINSKI**
Chief Circuit Judge
Sitting by designation